# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-15270-ELF

ROBERT J WILLIAMS, JR.
PATRICIA M WILLIAMS
2758 PLUM STREET

PHILADELPHIA, PA 19137

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBERT J WILLIAMS, JR.
PATRICIA M WILLIAMS
2758 PLUM STREET

PHILADELPHIA, PA 19137

Counsel for debtor(s), by electronic notice only.

KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-

/S/ William C. Miller

Date: 9/19/2018

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee