UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| ROBERT & PATRICIA WILLIAMS | * | BANKRUPTCY NO. 18-15270 |
| Debtor | | |

## CERTIFICATE OF SERVICE

    I, Kenneth G. Harrison, Esquire, do hereby certify that on October 25, 2018 I mailed to all interested parties a copy of the Amended Chapter 13 Plan, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

                                            /s/ Kenneth G. Harrison
                                            Kenneth G. Harrison, Esquire
                                            Five Neshaminy Interplex Suite 115
                                            Trevose, PA 19053
                                            (215) 447-3149

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083


Discover
P.O. Box 3025
New Albany, OH 43054-3025


LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Merrick Bank
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368


Midland Funding
P.O. Box 2011
Warren, MI 48090


Nationstar Mortgage
d/b/a Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741


OneMain
P.O. Box 3251
Evansville, IN 47731-3251


PGW
800 W. Montgomery Avenue
ATTN: Bankruptcy Dept 3F
Philadelphia, PA 19122

Pinnicle Credit Services
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541


Wells Fargo Card Services
P.O. Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438