**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| ROBERT & PATRICIA WILLIAMS | : | |
| | : | |
| | : | |
| | : | Bankruptcy No. 18-15270 |
| Debtor | | |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH**
**11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, Kenneth G. Harrison, Esquire, attorney for debtor, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for January 22, 2019, in the above referenced case:

1. The above-named debtor(s) is/are current with all post-petition obligations.

2. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations. No obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: 01/11/2019                                              BY: s/s Kenneth G. Harrison
                                                                                    Kenneth G. Harrison, Esquire