UNITED STATES BANKRUPTCY COURT

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| ROBERT & PATRICIA WILLIAMS | * | BANKRUPTCY NO. 18-15270 |
| Debtor | | |

**CERTIFICATE OF SERVICE**

    I, Kenneth G. Harrison, Esquire, do hereby certify that on January 21, 2019  I mailed to the party listed below a copy of the Amended Chapter 13 Plan, by United States First Class Postage Pre-Paid mail.

    Shellpoint Mortgage Servicing
    P.O. Box 10675
    Greenville, SC 29603-0675

    /s/ Kenneth G. Harrison
    Kenneth G. Harrison, Esquire
    Five Neshaminy Interplex Suite 115
    Trevose, PA 19053
    (215) 447-3149