**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 18-15270-elf |
| Robert J. Williams, Jr. | : | Chapter 13 |
| Debtor | : | Judge: Eric L. Frank |
| Patricia M. Williams | : | |
| Joint Debtor | | |

\* \* \* \* \* \*
NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

NewRez LLC d/b/a Shellpoint Mortgage Servicing has filed a motion for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d) with this COURT.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 13, 2019, you or your attorney must do **all** of the following:

(a) file an answer explaining your position at:
U.S. Bankruptcy Court
Eastern District of PA
Bankruptcy Clerk of Courts
900 Market Street, #400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's Attorney:
Lorraine Gazzara Doyle, Esquire
Pincus Law Group, PLLC
425 RXR Plaza
Uniondale, NY 11556
516-699-8902 PHONE
516-279-6990 FAX

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on at February 26, 2019 at 9:30 a.m., United States Bankruptcy Court, Eastern District of Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at the Philadelphia Court (215)408-2800 or the Reading Court at (610)208-5040 to find out whether the hearing has been canceled because no one filed an answer.

      By:    /s/ Lorraine Gazzara Doyle
          Lorraine Gazzara Doyle, Esquire
          Pincus Law Group, PLLC
          Attorney for Movant
          425 RXR Plaza
          Uniondale, NY 11556

Date: January 30, 2019
cc:

*Debtor*
Robert J Williams, Jr.
2758 Plum Street
Philadelphia, PA 19137
Via U.S. Mail

*Joint Debtor*
Patricia M Williams
2758 Plum Street
Philadelphia, PA 19137
Via U.S. Mail

*Debtor's Attorney*
KENNETH G. HARRISON
Law Office of Kenneth G. Harrison
Five Neshaminy Interplex
Suite 115
Trevose, PA 19053
Via CM/ECF

*Trustee*
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Via CM/ECF

*U.S. Trustee*
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Via CM/ECF