UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    *      CHAPTER 13
ROBERT & PATRICIA WILLIAMS                 *      BANKRUPTCY NO. 18-15270
                                          *
                    Debtors    *

**ORDER**


     AND NOW, this     day of               , 201 , upon

consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing's

Motion for Relief from the Automatic Stay and Debtors' answer

thereto, and after hearing, it is hereby ORDERED and DECREED

that;

     The Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing

for Relief From The Automatic Stay Under Section 362 is DENIED.



                              BY THE COURT:


                              _____
                                                              J.



Kenneth G. Harrison, Esquire
Fine Neshaminy Interplex  Suite 115
Trevose, PA 19053

William C. Miller, Esquire (Trustee)
P.O. Box 40119
Philadelphia, PA 19106

Lorraine Gazzaza Doyle, Esquire
Pincus Law Group
425 RXR Plaza
Uniondale, NY 11556

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                *    CHAPTER 13
ROBERT & PATRICIA WILLIAMS            *    BANKRUPTCY NO. 18-15270
                                      *
                    Debtors           *

**DEBTORS' ANSWER TO THE MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**


    Debtors, Robert & Patricia Williams, by and through their
attorney, Kenneth G. Harrison, Esquire, respectfully represents
as follows:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

    5.    Admitted.

    6.    Denied as stated.  Debtors have made portgage payments
since the filing of this bankruptcy.  Debtors have no knowledge
if the amount stated in this Motion is correct and strict proof
thereof is demanded at trial.

    7.    Denied.  Debtors have no knowledge of the unpaid
principal balance or what additional charges, if any, will be
charges by Movant.

    8.    Denied.  Debtors have no knowledge of Movant's
attorney's fees and costs in this matter.

    9.    Admitted in that the writing of the statute speaks for
itself.

    11.   Denied as a conclusion of law upon which no responsive

pleading is required.

12.   Denied as a conclusion of law upon which no responsive pleading is required.

13.   Denied as a conclusion of law upon which no responsive pleading is required.

14.   Admitted.

## DEFENSES

1.   The Debtors have substantial equity in their property and movant has been afforded adequate protection of its interest.

2.   Movant has not shown the irreparable harm necessary to justify lifting of the automatic stay with respect to its foreclosure.

3.   If movant is entitled to relief from the stay, the stay should not be terminated and the Court should grant less drastic relief by conditioning or modifying the stay.

WHEREFORE, Debtors, Robert & Patricia Williams, respectfully requests that this Honorable Court deny Movant's Motion for Relief From the Automatic Stay.

Respectfully submitted,

s/s Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053