## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Robert J. Williams, Jr. and Patricia M. Williams<br>            Debtors | : Bankruptcy No. 18-15270 ELF<br>:<br>: Chapter 13<br>: |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>            Movant<br>vs.<br>Robert J. Williams, Jr. and Patricia M. Williams<br>            Debtors | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| William C. Miller, Esquire<br>            Trustee/Respondent | : |

### ORDER APPROVING STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF

Upon consideration of the Stipulation between NewRez LLC d/b/a Shellpoint Mortgage Servicing (Doc. # 46), it is hereby:

ORDERED that the Stipulation in Settlement of Motion for Relief from Automatic Stay is APPROVED:

Date: 4/30/19

_____
Eric L. Frank
UNITED STATES BANKRUPTCY JUDGE