UNITED STATES BANKRUPTCY COURT

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| ROBERT & PATRICIA WILLIAMS | * | BANKRUPTCY NO. 18-15270 |
| Debtor | | |

### **<u>CERTIFICATE OF SERVICE</u>**

    I, Kenneth G. Harrison, Esquire, do hereby certify that on April 30, 2019 I mailed to all interested parties a copy of the second Amended Chapter 13 Plan, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

                                     /s/ Kenneth G. Harrison
                                     Kenneth G. Harrison, Esquire
                                     Five Neshaminy Interplex Suite 115
                                     Trevose, PA 19053
                                     (215) 447-3149

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083


Discover
P.O. Box 3025
New Albany, OH 43054-3025


LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Merrick Bank
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368


Midland Funding
P.O. Box 2011
Warren, MI 48090


New Penn Financial
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675


OneMain
P.O. Box 3251
Evansville, IN 47731-3251


PGW
800 W. Montgomery Avenue
ATTN: Bankruptcy Dept 3F
Philadelphia, PA 19122

Pinnicle Credit Services
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541


Water Revenue Bureau
ATTN: Pamala Thurmond
Tax & Revenue Unit
1401 JFK Blvd 5th Floor
Philadelphia, PA 19102-1595


Wells Fargo Card Services
P.O. Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438

Case 18-15270-elf    Doc 48    Filed 04/30/19    Entered 04/30/19 21:05:42    Desc Main
Document      Page 3 of 3