United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15270-elf
Robert J Williams, Jr.                                          Chapter 13
Patricia M Williams
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore         Page 1 of 1         Date Rcvd: Apr 30, 2019
                             Form ID: pdf900         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
```
db/jdb         +Robert J Williams, Jr.,    Patricia M Williams,    2758 Plum Street,
                 Philadelphia, PA 19137-1606
aty            +JASON BRETT SCHWARTZ,    PINCUS LAW GROUP, PLLC,    425 RXR Plaza,    Uniondale, NY 11556-3811
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    55 Beattie Place,    Suite 110,
                 Greenville, SC 29601-5115
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 01 2019 02:48:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 01 2019 02:48:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 01 2019 02:48:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 02:52:24     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
```
              JASON BRETT SCHWARTZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              KENNETH G. HARRISON    on behalf of Debtor Robert J Williams, Jr. kghesq@juno.com
              KENNETH G. HARRISON    on behalf of Joint Debtor Patricia M Williams kghesq@juno.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Robert J. Williams, Jr. and Patricia M. Williams<br>    Debtors | : Bankruptcy No. 18-15270 ELF<br>:<br>: Chapter 13<br>:<br>: |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>    Movant<br>vs.<br>Robert J. Williams, Jr. and Patricia M. Williams<br>    Debtors | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| William C. Miller, Esquire<br>    Trustee/Respondent | : |

**ORDER APPROVING STIPULATION IN
SETTLEMENT OF MOTION FOR RELIEF**

Upon consideration of the Stipulation between NewRez LLC d/b/a Shellpoint Mortgage Servicing (Doc. # 46), it is hereby:

ORDERED that the Stipulation in Settlement of Motion for Relief from Automatic Stay is APPROVED:

Date: 4/30/19

_____
Eric L. Frank
UNITED STATES BANKRUPTCY JUDGE