United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert J Williams, Jr.  
Patricia M Williams  
     Debtors

Case No. 18-15270-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore      Page 1 of 1      Date Rcvd: May 29, 2019  
                            Form ID: 155        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.
db/jdb        +Robert J Williams, Jr.,   Patricia M Williams,   2758 Plum Street,   Philadelphia, PA 19137-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:
        JASON BRETT SCHWARTZ   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing   jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
        KENNETH G. HARRISON   on behalf of Debtor Robert J Williams, Jr. kghesq@juno.com  
        KENNETH G. HARRISON   on behalf of Joint Debtor Patricia M Williams kghesq@juno.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper   bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert J Williams, Jr. and Patricia M Williams

    Debtor(s)

Chapter: 13

Bankruptcy No: 18−15270−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this May 28, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                         Eric L. Frank
                                         Judge ,
                                         United States Bankruptcy Court