## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Robert J Williams, Jr.** | : | |
| **Patricia M Williams** | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No.18-15270 ELF |

## PRAECIPE TO WITHDRAW

Kindly withdraw the standing trustee's confirmation recommendation. Docket entry #58.

                                        Respectfully submitted,

                                        /s/ William C. Miller, Esquire

June 5, 2019

                                        William C. Miller
                                        Chapter 13 Standing Trustee