UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: Robert J Williams, Jr., Patricia M Williams <br><br> Debtors. | Case No.: 18-15270-elf <br><br> CHAPTER 13 <br><br> **REQUEST FOR NOTICE** |

# REQUEST OF BSI FINANCIAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST ("BSI"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1   BSI requests that for all notice purposes and for inclusion in the Master Mailing List in

2   this case, the following address be used:

3   **PHYSICAL ADDRESS:**          **EMAIL ADDRESS:**

BSI Financial Services          prpbk@bsifinancial.com
1425 Greenway Drive, Ste. 400
Irving, TX  75038

Dated: September 24, 2019          By: /s/ Raymond Valderrama
         Raymond Valderrama
         c/o BSI Financial Services
         Assistant Vice President, Bankruptcy
         1425 Greenway Drive, Ste. 400
         Irving, TX  75038
         972.347.4350
         prpbk@bsifinancial.com

# CERTIFICATE OF SERVICE

On **September 24, 2019**, I served the foregoing documents described as **Request for Notice** on the following individuals by electronic means thorugh the Court's ECF program:

COUNSEL FOR DEBTOR
KENNETH G. HARRISON
kghesq@juno.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Alarcon
Enrique Alarcon

On **September 24, 2019**, I served the foregoing documents described as **Request for Notice** on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| **DEBTOR**<br>Robert J Williams, Jr.<br>2758 Plum Street<br>Philadelphia, PA 19137<br><br>**JOINT DEBTOR**<br>Patricia M Williams<br>2758 Plum Street<br>Philadelphia, PA 19137 | **TRUSTEE**<br>WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br><br>**U.S. TRUSTEE**<br>United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 |
|---|---|

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Alarcon
Enrique Alarcon