United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert J Williams, Jr.  
Patricia M Williams  
    Debtors

Case No. 18-15270-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Sep 25, 2019  
                         Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.  
14223596        New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675, Greenville, SC 29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:  
        JASON BRETT SCHWARTZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing jschwartz@mesterschwartz.com  
        KENNETH G. HARRISON    on behalf of Debtor Robert J Williams, Jr. kghesq@juno.com  
        KENNETH G. HARRISON    on behalf of Joint Debtor Patricia M Williams kghesq@juno.com  
        LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                        TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-15270-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert J Williams, Jr.
2758 Plum Street
Philadelphia PA 19137

Patricia M Williams
2758 Plum Street
Philadelphia PA 19137

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/24/2019.

Name and Address of Alleged Transferor(s):

Claim No. 8: New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC  29603-0675

Name and Address of Transferee:

U.S. Bank Trust National Association,
as Trustee of the Lodge Series IV Trust
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/27/19

Tim McGrath
**CLERK OF THE COURT**