**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 18-15270-elf |
| ROBERT J WILLIAMS AND PATRICIA ) | |
| M. WILLIAMS, ) | CHAPTER 13 |
| ) | |
| Debtors, ) | |
| U.S. BANK TRUST NATIONAL ) | |
| ASSOCIATION AS TRUSTEE OF THE ) | |
| LODGE SERIES IV TRUST, ) | |
| ) | Docket No. _____ |
| Movant, ) | |
| v. ) | |
| ) | |
| ROBERT J WILLIAMS AND PATRICIA ) | |
| M. WILLIAMS AND WILLIAM C. ) | |
| MILLER ) | |
| ) | |
| Respondents. | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*Movant has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit The Movant to Foreclose on Debtor's Property described as 2758 Plum Street, Philadelphia, PA 19137.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this case. (If you do not have an attorney, you may wish to consult an attorney).**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 13, 2020, you or your attorney must do all of the following:

> (a)  File an answer explaining your position at:

> > United States Bankruptcy Court Clerk
> > Eastern District of Pennsylvania
> > 900 Market Street, Suite 400
> > Philadelphia, Pennsylvania 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and

       (b)  Mail a copy to the movant's attorney:

> *Michael C. Mazack, Esq.*
> *The Lynch Law Group*
> *501 Smith Drive, Suite 3*
> *Cranberry Township, PA 16066*
>
> *William C. Miller*
> *Chapter 13 Trustee*
> *P.O Box 1229*
> *Philadelphia, PA 19137*
>
> *United States Trustee*
> *Office of the U.S. Trustee*
> *200 Chestnut Street, Suite 502*
> *Philadelphia, Pennsylvania 19106*

2.    If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on March 12, 2020, 2020 at 11:00 a.m. in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

DATE:  January 30, 2020