UNITED STATES BANKRUPTCY COURT

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| ROBERT & PATRICIA WILLIAMS | * | BANKRUPTCY NO. 18-15270 |
| Debtor | | |

## CERTIFICATE OF SERVICE

    I, Kenneth G. Harrison, Esquire, do hereby certify that on February 18, 2020, I mailed to all interested parties a copy of the Motion to Sell Real Estate Free and Clear of Liens and Oyher Interests, Notice of Motion, Response Deadline and Hearing Date and proposed order, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

 

<u>/s/ Kenneth G. Harrison</u>
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083


Discover
P.O. Box 3025
New Albany, OH 43054-3025


LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Merrick Bank
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368


Midland Funding
P.O. Box 2011
Warren, MI 48090


New Penn Financial
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675


OneMain
P.O. Box 3251
Evansville, IN 47731-3251


PGW
800 W. Montgomery Avenue
ATTN: Bankruptcy Dept 3F
Philadelphia, PA 19122

```
Pinnicle Credit Services
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587



Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541



Water Revenue Bureau
ATTN:  Pamala Thurmond
Tax & Revenue Unit
1401 JFK Blvd  5th Floor
Philadelphia, PA 19102-1595



Wells Fargo Card Services
P.O. Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438
```