UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              *       CHAPTER 13
ROBERT & PATRICIA WILLIAMS  *       BANKRUPTCY NO. 18-15270
    Debtor

## ORDER

AND NOW this <u>9th</u> day of <u>    April    </u>, 2020, upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens or Other Interests, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** pursuant to 11 U.S.C. 363(b).

2. The Debtor is **AUTHORIZED** to sell the real estate known as 2758 Plum Street, Philadelphia, PA for the sale price of $117,000.00 to Rehab Renovations Trust, or its assignee.

Subject to changes between the estimated settlement sheet/closing disclosure and the final settlement sheet/closing disclosure, the proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following matter:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters to be paid by Seller    $ 0

2. Mortgage liens to be paid directly at closing to Mr. Cooper (estimate)    $ 93,130.30

3. City of Philadelphia Real Estate Taxes    $ 0
   City of Philadelphia Water Revenue Bureau    $ 1,049.20
   PGW    $ 460.53

4. Property repairs, if any    $ 0

5. Real estate commission    $ 0

6. Transfer tax (to be paid by Buyer Seller pays $0)    $ 0

| | | |
|---|---|---|
| 7. | Attorney fee (filing fee) to Kenneth G. Harrison, Esq. | $    181.00 |
| 8. | Any small (less than $300) allowances agreed to be made by the Buyer to settle any unforseen dispute arising at settlement | $     0 |
| A. | SUBTOTAL | $ 94,821.03 |
| 9. | Less credit to Debtor for real estate taxes through year end | $    831.23 |
| B | SUBTOTAL | $ 23,010.20 |
| 10. | Payment to Chapter 13 Trustee | $     0 |
| | NET PROCEEDS to Debtor | $ 23,010.20 |

    3.   U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust shall satisfied said mortgage and any other lien it has against the property or debtor.

    4.   No further payments shall be made by the Chapter 13 Trustee to U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust and they will withdraw their proof of claim in this matter.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**