United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15270-elf
Robert J Williams, Jr.                                          Chapter 13
Patricia M Williams
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore          Page 1 of 1          Date Rcvd: Apr 10, 2020
                             Form ID: pdf900          Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2020.
```
db         #+Robert J Williams, Jr.,    2758 Plum Street,    Philadelphia, PA 19137-1606
jdb         +Patricia M Williams,    2758 Plum Street,    Philadelphia, PA 19137-1606
aty         +JASON BRETT SCHWARTZ,    PINCUS LAW GROUP, PLLC,    425 RXR Plaza,    Uniondale, NY 11556-3811
cr          New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
             Greenville, SC  29603-0675
cr         +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    55 Beattie Place,    Suite 110,
             Greenville, SC 29601-5115
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:20     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2020 03:53:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2020 03:54:00     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:20     CITY OF PHILADELPHIA,
               Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
               Philadelphia, PA 19102-1613
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2020 04:51:00     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2020 at the address(es) listed below:
```
          JASON BRETT SCHWARTZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           jschwartz@mesterschwartz.com
          KENNETH G. HARRISON    on behalf of Debtor Robert J Williams, Jr. kghesq@juno.com
          KENNETH G. HARRISON    on behalf of Joint Debtor Patricia M Williams kghesq@juno.com
          LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          MICHAEL C. MAZACK    on behalf of Creditor    US Bank Trust NA mmazack@lynchlaw-group.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          *       CHAPTER 13
ROBERT & PATRICIA WILLIAMS      *       BANKRUPTCY NO. 18-15270
        Debtor

**ORDER**

AND NOW this __9th__ day of _____April_____,
2020, upon consideration of Debtor's Motion to Sell Real
Estate Free and Clear of Liens or Other Interests, it is
hereby **ORDERED** that:

1. The Motion is **GRANTED** pursuant to 11 U.S.C. 363(b).

2. The Debtor is **AUTHORIZED** to sell the real estate known as 2758 Plum Street, Philadelphia, PA for the sale price of $117,000.00 to Rehab Renovations Trust, or its assignee.

Subject to changes between the estimated settlement sheet/closing disclosure and the final settlement sheet/closing disclosure, the proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following matter:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters to be paid by Seller      $     0

2. Mortgage liens to be paid directly at closing to Mr. Cooper (estimate)      $ 93,130.30

3. City of Philadelphia Real Estate Taxes      $     0
   City of Philadelphia Water Revenue Bureau  $ 1,049.20
   PGW      $   460.53

4. Property repairs, if any      $     0

5. Real estate commission      $     0

6. Transfer tax (to be paid by Buyer Seller pays $0)      $     0

| | | |
|---|---|---|
| 7. | Attorney fee (filing fee) to Kenneth G. Harrison, Esq. | $    181.00 |
| 8. | Any small (less than $300) allowances agreed to be made by the Buyer to settle any unforseen dispute arising at settlement | $    0 |
| A. | SUBTOTAL | $ 94,821.03 |
| 9. | Less credit to Debtor for real estate taxes through year end | $    831.23 |
| B | SUBTOTAL | $ 23,010.20 |
| 10. | Payment to Chapter 13 Trustee | $    0 |
| | NET PROCEEDS to Debtor | $ 23,010.20 |

    3.  U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust shall satisfied said mortgage and any other lien it has against the property or debtor.

    4.  No further payments shall be made by the Chapter 13 Trustee to U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust and they will withdraw their proof of claim in this matter.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**