IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ROBERT J. WILLIAMS, JR, and<br>PATRICIA M. WILLIAMS,<br>    Debtors,<br><br>ONEMAIN FINANCIAL SERVICES, INC.,<br>AS SERVICER FOR ONEMAIN DIRECT<br>AUTO RECEIVABLE TRUST, 2017-1,<br>    Movants,<br><br>            v.<br><br>ROBERT J. WILLIAMS, JR.,<br>PATRICIA M. WILLIAMS and<br>WILLIAM C. MILLER Trustee,<br>    Respondents. | Bankruptcy No. 18-15270-elf<br><br>Chapter 13<br><br>Document No. |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

   OneMain Financial Services, Inc., as Servicer for OneMain Direct Auto Receivable Trust, 2017-1, has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2013 Dodge Grand Caravan, VIN #2C4RDGCG1DR740990.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

   1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Wednesday, June 10, 2020**, you or your attorney must do **all** of the following:

        (a)  file an answer explaining your position at:

            Clerk, U.S. Bankruptcy Court
            Robert C. Nix Bldg. Suite 201
            900 Market Street
            Philadelphia, PA  19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorneys:

        Keri P. Ebeck, Esquire
        Bernstein-Burkley, P.C.
        707 Grant Street
        Suite 2200, Gulf Tower
        Pittsburgh, PA  15219

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **Tuesday, June 23, 2020 at 9:30 A.M.** in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/ Keri P. Ebeck
        Keri P. Ebeck, Esq.
        PA I.D. # 91298
        kebeck@bernsteinlaw.com
        707 Grant Street
        Suite 2200, Gulf Tower
        Pittsburgh, PA 15219
        Phone (412) 456-8112
        Fax: (412) 456-8135

Dated:  May 27, 2020