IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ROBERT J. WILLIAMS, JR, and<br>PATRICIA M. WILLIAMS,<br>     Debtors,<br><br>ONEMAIN FINANCIAL SERVICES, INC.,<br>AS SERVICER FOR ONEMAIN DIRECT<br>AUTO RECEIVABLE TRUST, 2017-1,<br>     Movants,<br><br>               v.<br><br>ROBERT J. WILLIAMS, JR.,<br>PATRICIA M. WILLIAMS and<br>WILLIAM C. MILLER Trustee,<br>     Respondents. | Bankruptcy No. 18-15270-elf<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the May 27, 2020, I served copies of the Motion for Relief from the Automatic Stay upon the parties in interest in this proceeding, electronic notification or electronic mail, at the following addresses:

| | |
|---|---|
| Robert J Williams, Jr.<br>Patricia M Williams<br>2758 Plum Street<br>Philadelphia, PA 19137 | Kenneth G. Harrison<br>Law Office of Kenneth G. Harrison<br>Five Neshaminy Interplex<br>Suite 115<br>Trevose, PA 19053<br>kghesq@juno.com |

| William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>ecfemails@ph13trustee.com | Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>ustpregion03.ha.ecf@usdoj.gov |
|---|---|

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135