UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              *     CHAPTER 7
ROBERT & PATRICIA WILLIAMS          *     BANKRUPTCY NO. 18-15270
        Debtor
```

**PRAECIPE TO AMEND ADDRESS**

TO THE CLERK:

Kindly amend the petition and docket with the debtors' new address as follows:

> 337 Don Drive
> New Holland, PA 17557

s/s Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex  Suite 115
Trevose, PA 19053
(215) 447-3149
