IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ROBERT J. WILLIAMS, JR, and<br>PATRICIA M. WILLIAMS,<br>    Debtors,<br><br>ONEMAIN FINANCIAL SERVICES, INC., AS SERVICER FOR ONEMAIN DIRECT AUTO RECEIVABLE TRUST, 2017-1,<br>    Movants,<br><br>            v.<br><br>ROBERT J. WILLIAMS, JR.,<br>PATRICIA M. WILLIAMS and<br>WILLIAM C. MILLER Trustee,<br>    Respondents. | Bankruptcy No. 18-15270-elf<br><br>Chapter 13<br><br>Document No. 82 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 82)

   The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 82 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than June 10, 2020.

   It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

                   Respectfully submitted,

                   By: /s/ Keri P. Ebeck
                   Keri P. Ebeck, Esq.
                   PA I.D. # 91298
                   kebeck@bernsteinlaw.com
                   707 Grant Street
                   Suite 2200, Gulf Tower
                   Pittsburgh, PA 15219
                   Phone - (412) 456-8112
                   Fax - (412) 456-8135

                   Counsel for OneMain Financial Services, Inc.,
                   as Servicer for OneMain Direct Auto Receivable
                   Trust, 2017-1

Dated:  June 11, 2020