# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15270-ELF

ROBERT J WILLIAMS, JR.
PATRICIA M WILLIAMS
2758 PLUM STREET

PHILADELPHIA, PA 19137

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBERT J WILLIAMS, JR.
    PATRICIA M WILLIAMS
    2758 PLUM STREET

    PHILADELPHIA, PA 19137

Counsel for debtor(s), by electronic notice only.

    KENNETH G HARRISON
    FIVE NESHAMINY INTERPLEX
    SUITE 115
    TREVOSE, PA 19053-

Date: 6/19/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee