IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ROBERT J. WILLIAMS, JR, and<br>PATRICIA M. WILLIAMS,<br>    Debtors,<br><br>ONEMAIN FINANCIAL SERVICES, INC.,<br>AS SERVICER FOR ONEMAIN DIRECT<br>AUTO RECEIVABLE TRUST, 2017-1,<br>    Movants,<br><br>        v.<br><br>ROBERT J. WILLIAMS, JR.,<br>PATRICIA M. WILLIAMS and<br>WILLIAM C. MILLER Trustee,<br>    Respondents. | Bankruptcy No. 18-15270-elf<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this 26th day of June, 2020, upon consideration of the Motion for Relief from the Automatic Stay filed by OneMain Direct Auto Receivable Trust, 2017-1, it is hereby **ORDERED** that:

a. Relief from the Automatic Stay is granted as to the interest of OneMain Financial Services, Inc., as Servicer for OneMain Direct Auto Receivable Trust, 2017-1 in the 2013 Dodge Grand Caravan, VIN #2C4RDGCG1DR740990.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**