United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15270-elf
Robert J Williams, Jr.                                          Chapter 13
Patricia M Williams
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JEGilmore          Page 1 of 1           Date Rcvd: Jun 26, 2020
                            Form ID: pdf900          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
```
db/jdb       +Robert J Williams, Jr.,    Patricia M Williams,    337 Don Drive,    New Holland, PA 17557-9418
aty          +JASON BRETT SCHWARTZ,    PINCUS LAW GROUP, PLLC,    425 RXR Plaza,    Uniondale, NY 11556-3811
cr            New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10675,
               Greenville, SC  29603-0675
cr           +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     55 Beattie Place,    Suite 110,
               Greenville, SC 29601-5115
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jun 27 2020 04:30:59      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2020 04:30:32
               Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2020 04:30:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: megan.harper@phila.gov Jun 27 2020 04:30:59      CITY OF PHILADELPHIA,
               Tax & Revenue Unit,   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
               Philadelphia, PA 19102-1613
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2020 04:39:14      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
```
              JASON BRETT SCHWARTZ    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               jschwartz@mesterschwartz.com
              KENNETH G. HARRISON    on behalf of Debtor Robert J Williams, Jr. kghesq@juno.com
              KENNETH G. HARRISON    on behalf of Joint Debtor Patricia M Williams kghesq@juno.com
              KERI P EBECK    on behalf of Creditor    OneMain Financial Services, Inc., as Servicer for OneMain
               Direct Auto Receivable Trust, 2017-1 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MICHAEL C. MAZACK    on behalf of Creditor    US Bank Trust NA mmazack@lynchlaw-group.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: <br><br> ROBERT J. WILLIAMS, JR, and <br> PATRICIA M. WILLIAMS, <br>     Debtors, <br><br> ONEMAIN FINANCIAL SERVICES, INC., <br> AS SERVICER FOR ONEMAIN DIRECT <br> AUTO RECEIVABLE TRUST, 2017-1, <br>     Movants, <br><br> v. <br><br> ROBERT J. WILLIAMS, JR., <br> PATRICIA M. WILLIAMS and <br> WILLIAM C. MILLER Trustee, <br>     Respondents. | Bankruptcy No. 18-15270-elf <br><br> Chapter 13 <br><br> Document No. |
|---|---|

## ORDER OF COURT

AND NOW, this 26th day of ____June____, 2020, upon consideration of the Motion for Relief from the Automatic Stay filed by OneMain Direct Auto Receivable Trust, 2017-1, it is hereby **ORDERED** that:

a. Relief from the Automatic Stay is granted as to the interest of OneMain Financial Services, Inc., as Servicer for OneMain Direct Auto Receivable Trust, 2017-1 in the 2013 Dodge Grand Caravan, VIN #2C4RDGCG1DR740990.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**