**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J WILLIAMS, JR.<br>PATRICIA M WILLIAMS | Chapter 13 |
| Debtor | Bankruptcy No. 18-15270-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 29, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-

Debtor:
ROBERT J WILLIAMS, JR.
PATRICIA M WILLIAMS
2758 PLUM STREET

PHILADELPHIA, PA 19137