United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-15270-elf
Robert J Williams, Jr.                                              Chapter 13
Patricia M Williams
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: JEGilmore            Page 1 of 2            Date Rcvd: Jul 29, 2020
                               Form ID: pdf900            Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
```
db/jdb         +Robert J Williams, Jr.,    Patricia M Williams,    337 Don Drive,    New Holland, PA 17557-9418
aty            +JASON BRETT SCHWARTZ,    PINCUS LAW GROUP, PLLC,    425 RXR Plaza,    Uniondale, NY 11556-3811
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    55 Beattie Place,    Suite 110,
                 Greenville, SC 29601-5115
14394533       +BSI Financial Services as servicer for U.S. Bank,    Trust National Association,,
                 as Trustee of The Lodge Series IV Trust,   1425 Greenway Drive, Ste. 400,
                 Irving, Tx 75038-2480
14264063       +City of Philadelphia Law Department Tax & Revenue,    Municipal Service Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
14178849       +Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14196882       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14223596        New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
14266295       +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Lorraine Gazarra Doyle, Esquire,
                 425 RXR Plaza,    Uniondale, NY 11556-3811
14191972       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14394102       +U.S. Bank Trust National Association,,    as Trustee of the Lodge Series IV Trust,
                 c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14206876        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14178851        Wells Fargo Card Services,    P.O. Box 10347,    Des Moines, IA 50306-0347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:50      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:46:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2020 04:46:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:50      CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA  19102-1595
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:52:58      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14178845        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:52:59      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14192592        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:53:00
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14178846        E-mail/Text: mrdiscen@discover.com Jul 30 2020 04:46:14      Discover,    P.O. Box 30943,
                 Salt Lake City, UT 84130
14181567        E-mail/Text: mrdiscen@discover.com Jul 30 2020 04:46:14      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14197164        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 04:53:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14200137        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 04:53:14
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14196922        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 04:53:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14195947        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 30 2020 04:53:25      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14178847       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 30 2020 04:52:59      Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
14178848       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 04:46:34      Midland Funding,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14207971       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 04:46:34      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14205749        E-mail/PDF: cbp@onemainfinancial.com Jul 30 2020 04:53:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14178850        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:53:13
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk, VA 23502
14194408        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:53:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14179403       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:53:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14200138        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 04:53:15
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Citibank (South,
                 Dakota), N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2                  Date Rcvd: Jul 29, 2020
                              Form ID: pdf900          Total Noticed: 34
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
              Greenville, SC  29603-0675
                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:

```
              JASON BRETT SCHWARTZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               jschwartz@mesterschwartz.com
              KENNETH G. HARRISON    on behalf of Debtor Robert J Williams, Jr. kghesq@juno.com
              KENNETH G. HARRISON    on behalf of Joint Debtor Patricia M Williams kghesq@juno.com
              KERI P EBECK    on behalf of Creditor    OneMain Financial Services, Inc., as Servicer for OneMain
               Direct Auto Receivable Trust, 2017-1 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MICHAEL C. MAZACK    on behalf of Creditor    US Bank Trust NA mmazack@lynchlaw-group.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 10
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J WILLIAMS, JR.<br>PATRICIA M WILLIAMS | Chapter 13 |
| Debtor | Bankruptcy No. 18-15270-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 29, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-

Debtor:
ROBERT J WILLIAMS, JR.
PATRICIA M WILLIAMS
2758 PLUM STREET

PHILADELPHIA, PA 19137